# PROPOSED CHAPTER 13 REPAYMENT PLAN
# AS PER GLORIA CARTER #1539

I, Gloria Carter (Debtor) submit and propose the following plan in accordance to all creditors reported within this Chapter 13 filing:

- $100 per month paid to OCWEN LOAN SERVICES
- $50 per month paid to PGW to curb arrears and re establish account
- $50 per month paid to City of Philadelphia addressing past taxes
- $50 per month paid to City of Philadelphia addressing past Water Bill of my Primary Residence.
- $50 per motnh paid to TIMS addressing past vehicles tickets.

Debtor volunteers the ability to have these payments withdrawn automatically every month from Debtor's account once aligned with Trustee, maintaining consistent structure of this proposal.

Within a year of this filing, Debtor is expected to gain secondary employment to supplement current income, thus may be evaluated for increases in payments accordingly.

Respectfully Submitted,

X *[signature]*
GLORIA CARTER (Debtor)